02-22095

CIV-LENARD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

MAGISTRATE JUDGE
SIMONTON

UNITED STATES OF AMERICA

Plaintiff,

vs.

ONE 1998 RANGE ROVER,
VEHICLE I.D. NO. SALPV144XWA398879,

Defendant.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its undersigned United States Attorney for the Southern District of Florida, sues the Defendant and alleges as follows:

1. This is a civil forfeiture action in rem over which this Court has subject matter jurisdiction pursuant to Title 28, United States Code, Sections 1345, 1355 and 2461.

2. This Court has jurisdiction and venue over this action pursuant to 28 U.S.C. §§ 1345, 1355(a), (b)(1) and 1395 in that the defendant vehicle was seized in the Southern District of Florida and will remain within the District during the pendency of this action.

3. The defendant vehicle bears Vehicle I.D. No. SALPV144XWA398879 and Florida License No. BIGPIPN.

4. The United States of America seeks the forfeiture of the defendant pursuant to Title

21, United States Code, Section 881(a)(4), as amended by the Civil Asset Forfeiture Reform Act of 2000. Title 21, United States Code, Section 881(a)(4) provides for forfeiture of all conveyances, including aircraft, vehicles, or vessels which are used or are intended for use, to transport or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances which have been distributed or acquired in violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

## STATEMENT OF PROBABLE CAUSE

5.      On or about November 20, 2001, William Perez (hereafter Perez) met with a confidential source to discuss the purchase and distribution of cocaine. Perez arrived at the meeting in a silver Range Rover bearing Florida License Tag "BIGPIPN" (hereafter the Range Rover).

6.      On January 4, 2002, Perez met with the confidential source. Perez drove the Range Rover to the meeting. During this meeting the confidential source and Perez discussed the purchase/sale of cocaine and the confidential source showed Perez five kilograms of sham cocaine.

7.      On January 25, 2002, Perez agreed to meet with the confidential source to pick up five kilograms of cocaine. Perez and his wife, Dayanara de la Cruz (hereafter de la Cruz), met with the confidential source at 8695 N.W. 13th Terrace, Miami, Fl. Perez and de la Cruz arrived at the meeting in the Range Rover. Perez exited the Range Rover and met with the confidential source while de la Cruz stayed in the Range Rover. Perez took possession of the bag containing the cocaine and returned to the Range Rover. Perez gave the bag containing the cocaine to de la Cruz who placed the bag on the back seat of the Range Rover. As agents approached the Range Rover to make the arrest, they observed de la Cruz reach to the back seat, grab the bag with the cocaine, open the passenger door and throw the bag out of the Range Rover. Perez and de la Cruz were arrested.

8.      Perez and de la Cruz were indicted in the Southern District of Florida on February

7, 2002. Perez and de la Cruz were charged with conspiracy to possess with intent to distribute and with possession with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine in violation of 21 U.S.C. § 841(a)(1). The case is pending. See, *United States v. William Perez and Dayanara de la Cruz*; 0220094-Cr-King.

9. Title to the Range Rover is in the name of Dayanara de la Cruz.

10. Based upon the foregoing, the defendant property was used to facilitate Perez and de la Cruz's unlawful drug activity and is therefore subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4), as amended by the Civil Asset Forfeiture Reform Act of 2000.

WHEREFORE, Plaintiff, United States of America, requests the Court to declare the defendant property condemned and forfeit to the United States of America, pursuant to 21 U.S.C. § 881(a)(4), as amended by the Civil Asset Forfeiture Reform Act of 2000, and further requests the Court to direct any and all persons having any claim to the defendant property to file and serve their verified claims and answers as required by 18 U.S.C. § 983(a)(4) and the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, together with such other and further relief as may be just and proper.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
MICHELLE B. ALVAREZ
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 615617
99 N.E. Fourth Street
Miami, Florida 33132
Tel.: (305) 961-9088
Fax: (305) 536-7599

Dated: July 18, 2002.

## VERIFICATION

I, Edward Reed, Special Agent for the Drug Enforcement Administration, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, that the foregoing Complaint for Forfeiture in rem is based upon information known and or imparted to me, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

Date: 7-18-02

EDWARD REED, Special Agent
DRUG ENFORCEMENT ADMINISTRATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
One 1998 Range Rover, Vehicle ID No. SALPV144XWA398879

02-22095

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

02CV2095 / JAL / 

MAGISTRATE JUDGE SIMONTON

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
AUSA Michelle B. Alvarez, U.S. Attorney's Office,
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
(305) 961-9088

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Report-ing & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| | | B☐ 555 Prison Condition | | | A OR B |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

The United States seeks the forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(4) for violation of 21 U.S.C. § 841(a)(1).

LENGTH OF TRIAL
via __2__ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 7/18/02
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

This form was electronically produced by Elite Federal Forms, Inc.